# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131
New York, New York 10036
Phone: 212-725-9800
Facsimile: 212-500-5115

Email: info@osbornlawpc.com
www.osbornlawpc.com

> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 21) is GRANTED, and the proposed deadlines are ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 21.
>
> SO ORDERED 7/6/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

      Re:   *Nieves v. Commissioner of Social Security,*
              Civil Action No 1:20-cv-08873-SLC

Dear Judge Cave,

      We write on behalf of plaintiff, Oswaldo Nieves, Jr., and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on July 16, 2021. Plaintiff respectfully requests an extension of time up to and including September 14, 2021. This is plaintiff's first request for an extension.

      The additional time is necessary because our office has numerous closely scheduled (and overlapping) deadlines in social security matters. For several months we received countless requests from the Agency for additional time to serve administrative records because of the delays the Agency was encountering in getting records prepared. We believe that the Agency has somewhat emerged from the backlog, but it had the unintended effect of creating a backlog on our end. Given the fact that plaintiff's counsel has a trial beginning July 9, 2021 in Riverside, California, additional time is requested to review the record and prepare plaintiff's brief.

Subject to the approval of the Court, the parties propose the following revised briefing schedule:

a. Plaintiff to serve his motion for judgment on the pleadings on or before **September 14, 2021**;

b. Defendant to serve its response/cross-motion on or before **November 15, 2021**; and

c. Plaintiff to serve his reply (if any) on or before **December 6, 2021**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:   212-500-5115
dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)