# OSBORN LAW P.C.

| | | |
|---|---|---|
| Daniel A. Osborn, Esq.<br>Lindsay M. Trust, Esq. | 43 West 43rd Street, Suite 131<br>New York, New York 10036<br>Phone: 212-725-9800<br>Facsimile: 212-500-5115 | Email: info@osbornlawpc.com<br>www.osbornlawpc.com |

September 10, 2021

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

      Re:   *Nieves v. Commissioner of Social Security,*
               Civil Action No 1:20-cv-08873-SLC

Dear Judge Cave,

    We write on behalf of plaintiff, Oswaldo Nieves, Jr., and with the consent of the defendant, to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on September 14, 2021. Plaintiff respectfully requests an extension of time up to and including October 14, 2021. This is plaintiff's second request for an extension.

    As we explained previously, the delay in preparation of the Administrative Records due to COVID-related issues, and the recent easing of those problems, has resulted in numerous closely scheduled (and overlapping) briefing deadlines. We hope and expect that the easing will continue over the next several months and that by the end of the year, neither the Agency nor the claimants will need to request as many modifications to the briefing schedules as have been requested in the past.

    At this time, plaintiff Oswaldo Nieves, Jr. respectfully requests the following revised briefing schedule:

Honorable Sarah L. Cave
September 10, 2021
Page 2

a. Plaintiff to serve his motion for judgment on the pleadings on or before **October 14, 2021**;

b. Defendant to serve its response/cross-motion on or before **December 13, 2021**; and

c. Plaintiff to serve his reply (if any) on or before **January 4, 2022**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)

> Plaintiff's letter-motion for an extension of the social security briefing schedule (ECF No. 23) is GRANTED, and the proposed schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 23.
>
> SO ORDERED 9/10/2021

*SARAH L. CAVE*
*United States Magistrate Judge*