# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

> Plaintiff's letter-motion for a 14-day extension of the social security briefing schedule (ECF No. 25) is GRANTED, and the proposed revised schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 25.
>
> SO ORDERED 10/8/2021
>
> _/s/ Sarah L. Cave_  
> SARAH L. CAVE  
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1670  
New York, New York 10007

        Re:    *Nieves v. Commissioner of Social Security,*  
                  Civil Action No 1:20-cv-08873-SLC

Dear Judge Cave,

      We write on behalf of plaintiff, Oswaldo Nieves, Jr., and with the consent of the defendant, to request a 14-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on October 14, 2021. Plaintiff respectfully requests an extension of time up to and including October 28, 2021. This is plaintiff's third request for an extension. The request is necessitated by the number of briefs due to be filed by our office within the next 30 days.

      At this time, plaintiff Oswaldo Nieves, Jr. respectfully requests the following revised briefing schedule:

    a. Plaintiff to file his motion for judgment on the pleadings on or before **October 28, 2021**;

    b. Defendant to file its response/cross-motion on or before **December 27, 2021**; and

Honorable Sarah L. Cave
October 8, 2021
Page 2

      c.  Plaintiff to file his reply (if any) on or before **January 17, 2022**.

Thank you for your consideration of this request.

          Respectfully submitted,

          s/Daniel A. Osborn
          Daniel A. Osborn
          OSBORN LAW, P.C.
          43 West 43rd Street, Suite 131
          New York, New York 10036
          Telephone:   212-725-9800
          Facsimile:    212-500-5115
          dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)