UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OSWALDO NIEVES, JR.,

                    Plaintiff,

-against-                                      20 **CIVIL** 8873 (SLC)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Mr. Nieves's Motion is GRANTED, the Commissioner's Motion is DENIED, and this matter is remanded for further proceedings; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**